# Exhibit A

# 18CV091563 - MOTORISTS MUTUAL INSURANCE CO. vs. MIDEA AMERICA CORP.

## SUMMARY

| | | |
|---|---|---|
| Judge: PEELER, ROBERT W. | Case Type: PRODUCT LIABILITY | Status: OPEN |
| Case Number: 18CV091563 | Uniform Case Number: 2018CV091563CVBCVXMX | |
| Clerk File Date: 10/11/2018 | Status Date: 10/11/2018 | |
| SAO Case Number: | Total Fees Due: 0.00 | |
| Agency: | Agency Report #: | Custody Location: |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PRIMARY DEF. | MIDEA AMERICA CORP. | |
| ADD. DEFENDANT | GD MIDEA AIR CONDITIONING EQPMT. LTD. | |
| DIFFERENT ADD. | MIDEA AMERICA CORP. | |
| PLAINTIFF | MOTORISTS MUTUAL INSURANCE CO. | O'MALLEY, PATRICK J. (Main Attorney) |
| UNKNOWN DEF | JOHN DOE COMPANY | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| | | No Events on Case | | |

## CASE HISTORY

| CASE NUMBER | CHARGE DESCRIPTION | CASE STATUS | DISPOSITION | OUTSTANDING AMOUNT | NEXT EVENT | ALERTS |
|---|---|---|---|---|---|---|
| | | | No Additional Cases | | | |

## CASE DOCKETS

| DATE | ENTRY |
|---|---|
| 11/2/2018 | LABELS ONLY - CM |
| 11/2/2018 | SUMMONS ISSUED. REASON: |
| 11/2/2018 | SUMMONS SENT TO BE SERVED BY CERTIFIED MAIL ISSUED TO: MIDEA AMERICA CORP. |
| 11/2/2018 | REQUEST FOR CERTIFIED MAIL SERVICE |
| 10/18/2018 | SUMMONS SUCCESSFUL SERVICE BY CERTIFIED MAIL ISSUED 10/11/18 TO: GD MIDEA AIR CONDITIONING EQPMT. LTD. C/O REG./AGT. CSC-LAWYERS INCO. :CM 10/15/18 BY KYLE RATZLAFF |
| 10/16/2018 | NOTICE OF FAILURE OF SERV MAILED TO ATTY |
| 10/16/2018 | SUMMONS UNSUCCESSFUL SERVICE BY CERTIFIED MAIL ISSUED 10/11/18 TO: MIDEA AMERICA CORP. :CM RETURNED 10/16/18 NOT DELIVERABLE AS ADDRESSED / UNABLE TO FORWARD |
| 10/11/2018 | FILE FOLDER LABEL |
| 10/11/2018 | LABELS ONLY |
| 10/11/2018 | SUMMONS ISSUED. REASON: |
| 10/11/2018 | SUMMONS SENT TO BE SERVED BY CERTIFIED MAIL ISSUED TO: GD MIDEA AIR CONDITIONING EQPMT. LTD. |
| 10/11/2018 | SUMMONS ISSUED. REASON: |
| 10/11/2018 | SUMMONS SENT TO BE SERVED BY CERTIFIED MAIL ISSUED TO: MIDEA AMERICA CORP. |
| 10/11/2018 | COMPLAINT W/JURY DEMAND |
| 10/11/2018 | JUDGE PEELER, ROBERT W.: ASSIGNED |
| 10/11/2018 | ATTORNEY: O'MALLEY, PATRICK J. ASSIGNED |
| 10/11/2018 | CASE FILED 10/11/2018 CASE NUMBER 18CV091563 |

# SUMMONS
## WARREN COUNTY COURT OF COMMON PLEAS
### 500 JUSTICE DRIVE - P.O. BOX 238
### LEBANON, OHIO 45036

CASE # 18CV091563

MOTORISTS MUTUAL INSURANCE CO.

    VS

MIDEA AMERICA CORP., ET. AL.

**TO THE FOLLOWING NAMED PARTY:**

    MIDEA AMERICA CORP.
    11411 NW 107TH ST. STE. 12
    MIAMI, FL 33178

You have been named in a complaint filed in this court by the following party:

    MOTORISTS MUTUAL INSURANCE CO.

**You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within twenty-eight (28) days after service of this summons upon you, excluding the date of service. Your answer must also be filed with our court within three days after the service of a copy of the answer on the plaintiff's attorney.**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.

The address of his/her attorney is:

    PATRICK J. O'MALLEY, ATTORNEY AT LAW
    55 PUBLIC SQUARE
    #800
    CLEVELAND, OH 44113-1901

    James L. Spaeth, Clerk of Courts
    500 Justice Drive - P.O. Box 238
    Lebanon, Ohio 45036

By: *[signature]*
    SHERRE J DAVIS, DEPUTY CLERK
    November 02, 2018

IF THE ABOVE NAMED DEFENDANT IS A CORPORATION PLEASE REFER TO OHIO REVISED CODE 4705.01.

101137 PJO/la

COMMON PLEAS COURT
WARREN COUNTY, OHIO
FILED

2018 OCT 11 AM 11: 25

IN THE COURT OF COMMON PLEAS

WARREN COUNTY, OHIO

JAMES L. SPAETH
CLERK OF COURTS

Motorists Mutual Insurance Company
P.O Box 182476
Columbus, Ohio 43218

CASE NO. 18CV91563

Plaintiff

JUDGE: JUDGE PEELER

vs.

Midea America Corp.
11800 NW 100th Rd., Ste. 4
Miami, FL 33178

and

RECEIVED
OCT 16 2018
KEIS GEORGE

GD Midea Air Conditioning Equipment Ltd.
c/o Registered Agent Corp. Service Co.
d/b/a CSC – Lawyers Inco.
211 E. 7th Street, Suite 620
Austin, TX 78701

**COMPLAINT**
*(Jury Demand Endorsed Hereon)*

and

John Doe Company
True name and address unknown.

Defendants

1. On July 29, 2017, and at all times material herein, Plaintiff Motorists Mutual Insurance Company was the insurer, assignee, and subrogee of Steven Haunert, who was the owner of a dehumidifier and the real and personal property located at 6813 Lindley Worley Road in Harlan Township, Ohio.

2. At all times material herein, Defendants were engaged in the business of designing, manufacturing, maintaining, assembling, testing, inspecting, marketing, labeling, packaging, distributing supplying and/or selling of dehumidifiers, including the dehumidifier identified above and owned by Plaintiff's insured (hereinafter "dehumidifier").

3. The aforementioned "dehumidifier" was designed and manufactured by Defendants, a manufacturer which place products in the stream of commerce in the State of Ohio.

4. On July 29, 2017 at 6813 Lindley Worley Road in Harlan Township, Ohio, the aforementioned "dehumidifier" failed as a result of its component parts within the "dehumidifier", causing damage to Plaintiff insured's real and personal property in an amount of $281,964.00.

5. The aforementioned failure, fire, and resulting damages were the direct and proximate result of the aforementioned "dehumidifier" being defective at the time it left the hands of Defendants.

6. The Defendants placed the subject "dehumidifier" into the stream of commerce in a defective condition.

7. Plaintiff's insured was one of the ultimate users or consumers of the subject "dehumidifier".

8. At the time of the failure and fire, the condition of the subject "dehumidifier" had not been materially altered or changed since it left the hands of the Defendants.

9. The aforementioned failure and fire was the direct and proximate result of the defective condition of the subject "dehumidifier".

10. As a direct and proximate result of the failure and fire, Plaintiff's insured's real and personal property were severely damaged, requiring repair and/or replacement in an amount of $281,964.00.

11. Pursuant to its policy of insurance with its insured, Plaintiff was required to and did make payments to and/or on behalf of its insured for aforementioned damages in the amount of $281,964.00, and became subrogated to said amount.

12. Defendants were the "Manufacturer" of the subject "dehumidifier", as defined in the Ohio Revised Code §2307.71(A)(9) which defines a "Manufacturer" as a "person engaged in a business to design, formulate, produce, create, make, construct, assemble, or rebuild a product or a component of a product".

13. Defendants were the "Supplier" of the subject "dehumidifier" as defined in the Ohio Revised Code §2307.71(A)(15) which defines a "Supplier" as a person that, in the course of a business conducted for the purpose, sells, distributes, leases, prepares, blends, packages, labels, or otherwise participates in the placing of a product in the stream of commerce.

14. The aforementioned "dehumidifier" was defective in manufacture and/or construction, as defined by R.C. §2307.74, when it left the Defendants' control.

15. The aforementioned "dehumidifier" was defective in design or formulation as described in R.C. §2307.75, in that at the time it left the control of its manufacturer, the foreseeable risks associated with its design or formulation exceeded the benefits associated with that design or formulation of the "dehumidifier"

16. The aforementioned "dehumidifier" was defective due to inadequate warning or instruction as described in R.C. §2307.76.

17. The aforementioned "dehumidifier" was defective in design, production, or manufacture in that it failed to conform to the representations and/or warranties as described in R.C. §2307.77, that came with, or should have come with, said product, including, but not limited to implied warranties of merchantability, and/or implied warranty of fitness for a particular purpose.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and/or severally, in the amount of $281,964.00, plus statutory interest, plus the costs of this action.

> KEIS | GEORGE llp
> Attorney for Plaintiff
> 55 Public Square #800
> Cleveland, Ohio 44113
> P 216.241.4100 / F 216.771.3111
> Email: *pomalley@keisgeorge.com*

Patrick J. O'Malley (0064987)

### JURY DEMAND

Pursuant to Rule 38(B) of the Ohio Rules of Civil Procedure, a trial by a jury composed of the maximum number of jurors permitted by law is hereby demanded by the Plaintiff.

> Patrick J. O'Malley (0064987)
> *Attorney for Plaintiff*

CERTIFIED COPY
JAMES L. SPAETH, CLERK
WARREN COUNTY, OHIO
COMMON PLEAS COURT
BY _____
DEPUTY